IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY W. BROWN,

    Plaintiff,                      No. CIV S-07-1769 FCD DAD P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.                ORDER

_____/

        Plaintiff, an inmate confined at the Santa Clara County Jail, filed a pro se civil rights action pursuant to 42 U.S.C. § 1983 in the United States District Court for the Northern District of California. On July 27, 2007, the Northern District transferred the case to this court where venue was deemed to be proper. Before the court is plaintiff's request for leave to proceed in forma pauperis and request for leave to file an amended complaint.

        Plaintiff has submitted an in forma pauperis application that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, plaintiff will be granted leave to proceed in forma pauperis.

        Plaintiff is required to pay the statutory filing fee of $350.00 for this action. See 28 U.S.C. §§ 1914(a) & 1915(b)(1). An initial partial filing fee of $8.33 will be assessed by this order. See 28 U.S.C. § 1915(b)(1). By separate order, the court will direct the appropriate

1

agency to collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court. Thereafter, plaintiff will be obligated to make monthly payments of twenty percent of the preceding month's income credited to plaintiff's trust account. These payments will be collected and forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full. See 28 U.S.C. § 1915(b)(2).

Plaintiff's has also filed a request for leave to amend his complaint. Plaintiff's request was not, however, accompanied by a proposed amended complaint. As a litigant proceeding in forma pauperis, plaintiff's pleadings are subject to evaluation by this court pursuant to the in forma pauperis statute. See 28 U.S.C. § 1915. Since plaintiff did not submit a proposed amended complaint, the court is unable to evaluate it. Plaintiff's request for leave to amend his complaint will therefore be denied without prejudice to filing a renewed request accompanied by a proposed amended complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's August 29, 2007 application to proceed in forma pauperis is granted.

2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. Plaintiff is assessed an initial partial filing fee of $8.33. All fees shall be collected and paid in accordance with this court's order to the Director of the Santa Clara County Corrections filed concurrently herewith.

3. Plaintiff's request for leave to amend his complaint is denied without prejudice. Plaintiff may submit within thirty days a renewed request accompanied by a proposed amended complaint.

DATED: September 17, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
brow1769.mod14